RECEIVED & FILED

1   Name of Attorney  Haines & Krieger
    Bar # _____          '10  DEC 17  A11 :44
2   Address  1020 Garces Ave Suite 100
    Las Vegas, NV 89101
3   Phone #  702-880-5554                          U.S. BANKRUPTCY COURT
    e-mail address  dkrieger@hainesandkrieger.com  MARY A SCHOTT. CLERK
4

5                   UNITED STATES BANKRUPTCY COURT

6                          DISTRICT OF NEVADA

7                              * * * * * *

8   In re:                              )     Bankruptcy No.: 10-18979-BAM
                                        )     Chapter: 13
9        Theodore J. Cerrachio   732-279-6851 )  Trustee: Kathleen A.Leavitt
                                        )
10                        Debtor.       )     CHANGE OF ADDRESS OF:
                                        )     [✓] DEBTOR
11                                      )     [ ] CREDITOR
                                        )     [ ] OTHER
12  _____  )

13  This address change applies to (please check all that apply):

14  [ ] Notices only       [ ] Payments from Trustee    [✓] Both Notices and payments

15  I request that notice be sent to the following address: (please print)

16

17       Name _____
             Theodore J. Cerrachio
18       Address _____
             1030 Jamaica Blvd
19       _____
         Toms River        NJ              08757
20       City             State           Zip Code

    Please check one of the following:
21
22  [✓] The change of address is applicable only in the above captioned case.

23  [ ] The change of address is also applicable in the following related cases: (*please list the case*

    *numbers)* _____
24

25  DATE: December 13, 2010 _____        _____
                                              SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd