David Krieger, Esq.
Nevada State Bar Number 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Theodore and Judy Cerrachio

RECEIVED & FILED

'10 DEC 20 12:17

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Theodore and Judy Cerrachio,**<br><br>Debtor(s). | Case No. BKS-10-18979<br>Chapter 13 |

**CHANGE OF ADDRESS OF:**
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I REQUEST THAT FUTURE NOTICES BE SENT TO:

*THEODORE AND JUDY CERRACHIO*
Name

*1030 JAMAICA BLVD*
Street Address

*TOMS RIVER, NJ 08757*
City, State Zip

SIGNATURE: /s/ T. Cerrachio    DATED: 12/16/10

/s/ Judy A Cerrachio    12/16/10

- 1 -